Dismissed and Memorandum Opinion filed June 30, 2005









Dismissed and Memorandum Opinion filed June 30, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00439-CR

____________

 

LELA FAYE
PITTMAN, Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
County Court at Law No. 2 and Probate Court

Brazoria
County, Texas

Trial Court Cause No.
137213

 



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal and
dismiss the appeal, personally signed by appellant, has been filed with this
Court.  See Tex. R. App. P. 42.2.  Because this Court has not delivered an
opinion, we grant appellant=s request.

Accordingly, we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed June 30, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Frost. 

Do not publish C Tex.
R. App. P. 47.2(b).